UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                            Criminal No. 06-cr-101-01-SM

Michael V. Hehir

**ORDER OF RECUSAL**

As I own stock in Bank of America, a corporation that would be entitled to restitution from the defendant, I am required to, and hereby do recuse myself from presiding over this case. See 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 21, 2006

cc: Jeffrey S. Levin, Esq.
    Jennifer C. Davis, Esq.
    U.S. Probation