UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                                 Case No. 06-cr-101-01-PB

**Michael Hehir**

**O R D E R**

The defendant has moved to continue the August 1, 2006 trial in the above case citing the need for additional time to allow the court to conduct a plea hearing on the negotiated plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason, the court will continue the trial date from August 1, 2006 to September 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 27, 2006 final pretrial conference is cancelled.

SO ORDERED.

                                                    /s/Paul Barbadoro  
                                                    Paul Barbadoro  
                                                    United States District Judge

July 24, 2006

cc:  Jeffrey S. Levin, Esq.  
     Jennifer Cole-Davis, Esq.  
     United States Probation  
     United States Marshal